**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| DeSouza, Rita | : | 02-CV-5062 |
| Despot, Daniel | : | 02-CV-5074 |
| Desroche, Kenneth and Martha L. Desroche | : | 02-CV-6492 |
| Coppola, Anthony | : | 02-CV-5066 |
| Cornwell, Richard and Alejandrian Cornwell | : | 02-CV-6169 |
| Cota, Lupe | : | 02-CV-5072 |
| Cowen, Stewart and Esther Cowen | : | 02-CV-6086 |
| Cox, Ailene | : | 02-CV-5076 |
| Cox, Virginia | : | 02-CV-5063 |
| Crawford, Jalynn and John Crawford | : | 02-CV-6124 |
| Crawford, William | : | 02-CV-5078 |
| Crawley, Mike and Kathleen Crawley | : | 02-CV-6131 |
| Bayer, Valda and William G. Bayer | : | 02-CV-4910 |
| Curtis, Barbara | : | 02-CV-5586 |
| Curtis, Lisa and James Curtis | : | 02-CV-6080 |
| Dugdale, Vivian | : | 02-CV-6069 |
| Dumas, Catherine | : | 02-CV-6187 |
| Buehler, Betty | : | 02-CV-6137 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Payne, Mary | : | 02-CV-5505 |
| Anderson, C.J. and Asalee Anderson | : | 02-CV-4878 |
| Ambrosi, Jack | : | 02-CV-4805 |
| Almada, Christine | : | 02-CV-4806 |
| Allen, Ralph and Charlotte Allen | : | 02-CV-4889 |
| Duke, Dean and Patricia Duke | : | 02-CV-6418 |
| Hudson-Dunlop, Almeta and Ron Dunlop | : | 02-CV-5254 |
| Bull, Robert and Helen Bull | : | 02-CV-6088 |
| Peete, Edward | : | 02-CV-5504 |
| Anderson, Betty | : | 02-CV-4802 |
| Amash, Charles and Nadia Amash | : | 02-CV-4875 |
| Allen, Robert | : | 02-CV-4808 |
| DeRosa, Georgette and Fred DeRosa | : | 02-CV-6495 |
| Dekker, Ted Jr. and Karenka Dekker | : | 02-CV-6475 |
| Dela Cruz, Vicenta and Vctor Dela Cruz | : | 02-CV-6542 |
| Bryant, Allen | : | 02-CV-6082 |
| Brumley, Weldon and Wilma Brumley | : | 02-CV-5339 |
| Ali, Mohammad and Syeda Meherunnessa Ali | : | 02-CV-4887 |
| Alferos, Felipe and Norma F. Alferos | : | 02-CV-4884 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Alexander, Ronald and Cidney E. Alexander | : | 02-CV-6512 |
| Aaron, Paul and Marsha Aaron | : | 02-CV-4818 |
| Burkett, Roger | : | 02-CV-6122 |
| Burkhalter, Donald | : | 02-CV-6123 |
| Burneo, Blanca and Jaime Burneo | : | 02-CV-5300 |
| Burns, Anthony | : | 02-CV-6110 |
| Bongiovanni, Frank and Naomi Bongiovanni | : | 02-CV-4844 |
| Bonoan, Maria | : | 02-CV-4937 |
| Casey, Milton | : | 02-CV-5590 |
| Cashman, Ethel and James C. Cashman | : | 02-CV-5351 |
| Cassady, Mabel | : | 02-CV-5327 |
| Cabanting, Maggie and Romualdo Cabanting | : | 02-CV-5360 |
| Caldwell, Donald | : | 02-CV-6144 |
| Camara, Carla | : | 02-CV-6168 |
| Camarda, Anthony and Ann Camarda | : | 02-CV-6172 |
| Campbell, James and Marilyn G. Campbell | : | 02-CV-5297 |
| Alarcon, Robert and Kerstin Alarcon | : | 02-CV-4869 |
| Diop, Thierno and Valerie Diop | : | 02-CV-6442 |
| DiSessa, Robert | : | 02-CV-6175 |

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Dobson, Jerome and Gwendolyn Dobson : | 02-CV-6428 |
| Domingo, Reynaldo and Jacinta Domingo : | 02-CV-6440 |
| Doran, Brian : | 02-CV-6215 |
| Cantisano, Anthony : | 02-CV-5594 |
| Campbell, Lisa : | 02-CV-5357 |
| Bahadori, Nancy : | 02-CV-4801 |
| Bauer, Miriam and Richard Bauer : | 02-CV-4904 |
| Cerato, James and Betty Cerato : | 02-CV-5294 |
| Pattison, Robert and Diane Pattison : | 02-CV-5479 |
| Paulson, Rosemary : | 02-CV-5485 |
| Moore, Janice and Alfred Moore : | 02-CV-5282 |
| Canalita, Carol and Napoleon Canalita : | 02-CV-6140 |
| Baugh, Ruby and Ivan Baugh : | 02-CV-4846 |
| Baudendistel, Francis and Ann Baudendistel : | 02-CV-4837 |
| Paul, Ethel : | 02-CV-5540 |
| Pauley, Artina : | 02-CV-5539 |
| Christopher, Eddie and Karen Christopher : | 02-CV-6084 |
| Parker, John and Patricia Parker : | 02-CV-5700 |
| Parker, Marian : | 02-CV-5746 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Contreras, Irma | : | 02-CV-5616 |
| Abner, Robert | : | 02-CV-4825 |
| Dye, Monte | : | 02-CV-6220 |
| Creamer, Elizabeth | : | 02-CV-5064 |
| Cooke, Bernard and Yvonne Cooke | : | 02-CV-5592 |
| Cooney, Patrick and Shirley J. McQueen | : | 02-CV-4959 |
| Cooper, Pam | : | 02-CV-5061 |
| Corey, Stephen and Gail Corey | : | 02-CV-4963 |
| Cothran, Albert | : | 02-CV-5075 |
| Cota, Sylvia | : | 02-CV-5073 |
| Collins, Wesley and Marlene Collins | : | 02-CV-5582 |
| Coleman, George | : | 02-CV-5621 |
| Lockhart, Harry | : | 02-CV-5260 |
| Mansoor, Edmond and Nabila Mansoor | : | 02-CV-5646 |
| Mann, Michael and Mark Mann | : | 02-CV-5626 |
| Boshart, Marion | : | 02-CV-4938 |
| Boulio, Robert | : | 02-CV-4939 |
| Boursaw, Josephine | : | 02-CV-6471 |
| Boyd, Steven and Rebecca Lee Boyd | : | 02-CV-4900 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Bradford, Robert | : | 02-CV-4940 |
| Bradley, Horace | : | 02-CV-4930 |
| Bryant, Charles and Patsy Bryant | : | 02-CV-5309 |
| Bryant, Emmett | : | 02-CV-6121 |
| Buchite, Juana and Lawrence Buchite | : | 02-CV-6330 |
| Buchman, Edward and Marilyn Buchman | : | 02-CV-5331 |
| Deaton, Rose and Edward Deaton | : | 02-CV-6420 |
| Deberry, Carley | : | 02-CV-5080 |
| Brock, Charlie | : | 02-CV-6085 |
| Broedlow, Frances and Robert Broedlow | : | 02-CV-4892 |
| Bolden, Catherine | : | 02-CV-4931 |
| Adames, Jesus and Margarita Adames | : | 02-CV-6329 |
| Adler, John | : | 02-CV-4781 |
| Alamares, Carole and Anthony Alamares | : | 02-CV-4868 |
| Anderson, Peter | : | 02-CV-4799 |
| Andrew, Felix and Dorothy Andrew | : | 02-CV-4893 |
| Ansari, Johanna | : | 02-CV-4810 |
| Antush, Grace and Edward Antush | : | 02-CV-4895 |
| Albee, Dale | : | 02-CV-4782 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Alcarez, Ramona and Anthony Alcarez | : | 02-CV-6621 |
| Doss, Angela | : | 02-CV-6443 |
| Dourte, Wallace and Viloa Dourte | : | 02-CV-6441 |
| Dowell, Betty and Frank Dowell | : | 02-CV-6464 |
| Anderson, Gilbert and Cheryl Anderson | : | 02-CV-4880 |
| Anderson, Michael and Marietta Anderson | : | 02-CV-4882 |
| Anderson, Paul | : | 02-CV-4800 |
| Coles, Walter and Mary Coles | : | 02-CV-5604 |
| Collins, Wesley and Marlene Collins | : | 02-CV-5582 |
| Combs, Paul and Nora Combs | : | 02-CV-6517 |
| Francis, Robert and Marilyn Francis | : | 02-CV-5106 |
| Fabri, Harry | : | 02-CV-6210 |
| Fanning, George and Helen Fanning | : | 02-CV-5012 |
| Cyr, Muriel | : | 02-CV-5587 |
| Contreras, John | : | 02-CV-5079 |
| Colmenares, Daniel and Toni Colmenares | : | 02-CV-6538 |
| Colliss, Robert | : | 02-CV-5574 |
| Connor, Charles and Mary E. Conner | : | 02-CV-5581 |
| Fabros, Rufino and Lupe Fabros | : | 02-CV-5007 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Fakhimi, Mehangiz and Ghobad Fakhimi | : | 02-CV-5004 |
| Cutter, Johnny and Lisa Cutter | : | 02-CV-6170 |
| Franks, Angela | : | 02-CV-6463 |
| Coleman, George | : | 02-CV-5621 |
| Aranda, Nestor and Jacqueline Aranda | : | 02-CV-4914 |
| Aquino, Genaro and Thelma Aquino | : | 02-CV-4912 |
| Anderson, Edna and Robert Anderson | : | 02-CV-4879 |
| Deniega, Marlou and Maria Belen Deniega | : | 02-CV-6494 |
| DeSanctis, Mike | : | 02-CV-5068 |
| Duncan, Jesse | : | 02-CV-6185 |
| D'Ambra, Carla and Michael D'Ambra | : | 02-CV-4961 |
| Butler, Evelyn and Gerald J. Butler | : | 02-CV-5301 |
| D'Cruz, Ivy and John M. D'Cruz | : | 02-CV-6435 |
| Dahl, A. and Nancy M. Dahl | : | 02-CV-6081 |
| Dahlgren, Carl and Joan Dahlgren | : | 02-CV-6095 |
| Dahlman, John and Rachel Dahlman | : | 02-CV-4960 |
| Davillier, Arnold | : | 02-CV-5037 |
| Cartwright, Lynda and James Cartwright | : | 02-CV-5336 |
| Casey, Michaele | : | 02-CV-5346 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Acosta, Gregorio and Aster E. Acosta | : | 02-CV-4867 |
| Abrahams, Sonia and Paul Abrahams | : | 02-CV-4832 |
| Banuelos, Molly and Jose S. Banuelos | : | 02-CV-4920 |
| Bangerter, Susan | : | 02-CV-4794 |
| Baca, Joann | : | 02-CV-6466 |
| Baloff, Oleg and Janice Baloff | : | 02-CV-4826 |
| Baker, Kenny and Phyllis Baker | : | 02-CV-4766 |
| Brooks, James | : | 02-CV-6090 |
| Abramovitz, Steve and Daniela Abramovitz | : | 02-CV-4864 |
| Abraham, Emilia and Joseph Abraham | : | 02-CV-4827 |
| Bantug, Edna and Reynaldo Bantug | : | 02-CV-4831 |
| Avvampato, Charles and Mary S. Avvampato | : | 02-CV-6534 |
| Baer, Gerald and Melinda Baer | : | 02-CV-4765 |
| Ball, Barbara and Peter M. Ball | : | 02-CV-4817 |
| Centore, Guy and Shirley Centore | : | 02-CV-5614 |
| Browdy, Steven and Jiang Liu Browdy | : | 02-CV-5355 |
| Bush, Thaddeus and Cathy Bush | : | 02-CV-5333 |
| Breidenstein, Hildegard | : | 02-CV-4909 |
| Brennan, John | : | 02-CV-6111 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Brimm, Maggie | : | 02-CV-6112 |
| Broad, Arleda and Robert Broad | : | 02-CV-4894 |
| Bonneville, Sharon and Joseph Bonneville | : | 02-CV-4843 |
| Borges, Maria and Manuel Borges | : | 02-CV-4902 |
| Bourg, Victoria and John L. Bourg | : | 02-CV-4839 |
| Bowers, Devesco | : | 02-CV-6328 |
| Bradley, Anna and Gerald Bradley | : | 02-CV-4899 |
| Austin, Billie and Russell Austin | : | 02-CV-4786 |
| Avila, Manuel and Maria Avila | : | 02-CV-4790 |
| Avilla, Charles and Brenda Avilla | : | 02-CV-4764 |
| Siminuk, Mike and Anne Siminuk | : | 02-CV-4251 |
| Davisson, Darla and William Davisson | : | 02-CV-4970 |
| Brashier, Oretha and Eugene Brashier | : | 02-CV-4897 |
| Bologna, Joseph | : | 02-CV-6470 |
| Brandon, Louise | : | 02-CV-4933 |
| Braun, Lionel and Joanne Braun | : | 02-CV-4896 |
| Arellano, Jesus and Ernestina Arellano | : | 02-CV-4917 |
| Brown, Earl and Mavis Brown | : | 02-CV-6474 |
| Brumfield, Ernest Sr. and Virginia Brumfield | : | 02-CV-5358 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Brumfield, Esther | : | 02-CV-6138 |
| Danyko, Barbara and Donald A. Danyko | : | 02-CV-4958 |
| Day, Henry and Alta B. Day | : | 02-CV-4968 |
| Dean, Richard and Nell Ann Dean | : | 02-CV-6409 |
| Deason, James and Noreen A. Deason | : | 02-CV-6436 |
| Bullock, Ethel and Leon Higginson | : | 02-CV-5362 |
| Bunce, Howard | : | 02-CV-6094 |
| Burd, Bobbie | : | 02-CV-6139 |
| Brookshire, Josie and Herbert Brookshire | : | 02-CV-4890 |
| Bross, Lorie | : | 02-CV-6173 |
| Brossier, Gloria and Joseph Brossier | : | 02-CV-5342 |
| Brown, Geraldine | : | 02-CV-6273 |
| Barrinuevo, Adelaida | : | 02-CV-4798 |
| Allen, Linda Kay | : | 02-CV-4816 |
| Aliaga, Mark and Yvonne Aliaga | : | 02-CV-4888 |
| Bush, Jerrie | : | 02-CV-6166 |
| Butkiewicz, Edward and Grace Butkiewicz | : | 02-CV-5344 |
| Breaux, Marie | : | 02-CV-4934 |
| Davis, James | : | 02-CV-5026 |

11

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Davis, Williams and Briseida Davis | : | 02-CV-4967 |
| Arvizu, Phillip | : | 02-CV-4807 |
| Allen, Judy | : | 02-CV-4812 |
| Burton, Myrtle and Milton Burton | : | 02-CV-6093 |
| Darrow, Homer and Barbara Darrow | : | 02-CV-4965 |
| Bray, Bill and Linda Bray | : | 02-CV-4842 |
| Canestro, Joseph and Beverly Canestro | : | 02-CV-5345 |
| Davis, John | : | 02-CV-5067 |
| Bunge, Ronald and Nell R. Bunge | : | 02-CV-5335 |
| Deck, Frank and Janice Deck | : | 02-CV-6525 |
| DeKleine, John and Winniefred DeKleine | : | 02-CV-6410 |
| Chiu, Toni and Tiz S. Chiu | : | 02-CV-6132 |
| Cheock, Federico and Elsa Choeock | : | 02-CV-5350 |
| Chieppo, Edward and Lena A. Chieppo | : | 02-CV-5334 |
| Chieppor, Anthony and Salian Chieppor | : | 02-CV-6159 |
| Bramlette, David | : | 02-CV-4932 |
| Burrell, James | : | 02-CV-6109 |
| DeGeorge, Doris and Matthew DeGeorge | : | 02-CV-6427 |
| Chin, Edward and Betty Chin | : | 02-CV-6083 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Choate, Judy and Howard Choate | : | 02-CV-6151 |
| Chavez, Charlotte and George Chavez | : | 02-CV-5296 |
| Christian, Robert and Judith Christian | : | 02-CV-6143 |
| Cillgrass, Jacklyn | : | 02-CV-5588 |
| Cruysen, Ronald and Danielle Cruysen | : | 02-CV-6130 |
| Best, Ray and Liza Best | : | 02-CV-4913 |
| Berry, Ernestine | : | 02-CV-4953 |
| Bernard, Agnes | : | 02-CV-4949 |
| Barr, Mary | : | 02-CV-4793 |
| Creighton, Phyllis and Robert Creighton | : | 02-CV-6167 |
| Crist, Steven | : | 02-CV-5065 |
| Croner, Charlotte | : | 02-CV-5077 |
| Crosse, Lorna | : | 02-CV-5570 |
| Cruz, Martha | : | 02-CV-5600 |
| Berry, Pamela and Charles Berry | : | 02-CV-4908 |
| Bernard, Julia | : | 02-CV-4952 |
| Barrera, Maria | : | 02-CV-4791 |
| Cohan, Patricia and Jeffrey L. Cohan | : | 02-CV-5605 |
| Crescines, Bernard and Ludivina Crescines | : | 02-CV-6163 |

13

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Parker, Selena and John F. Parker | : | 02-CV-5641 |
| Parle, Aldyth | : | 02-CV-5550 |
| Patterson, Milo and Cristen Patterson | : | 02-CV-5631 |
| Cervantes, Maria | : | 02-CV-5304 |
| Chaidez, Kathleen | : | 02-CV-5302 |
| Champion, Walter | : | 02-CV-6308 |
| Bavett, Jayne and Donald Bavett | : | 02-CV-4906 |
| Ashley, Donna | : | 02-CV-4804 |
| Parlatore, Vincent and Mildred Parlatore | : | 02-CV-5622 |
| Patlan, Carmen | : | 02-CV-6641 |
| Cerklewski, Anna | : | 02-CV-5330 |
| Chaffe, Francis | : | 02-CV-5337 |
| Chairez, Margarita and Carlos Chairez | : | 02-CV-5343 |
| Orci, Delia and Enrique G. Orci | : | 02-CV-5506 |
| Banducci, Amadeo | : | 02-CV-4792 |
| Lloyd, Katherine | : | 02-CV-5789 |
| Bera, Francis and Eugene McLin | : | 02-CV-4919 |
| Benes, Joseph | : | 02-CV-4787 |
| Behrend, Jeannette and Norman Behrend | : | 02-CV-4926 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Behbahani, Alex and Shahla Behbahani | : | 02-CV-4929 |
| Beal, Milton and Gail Beal | : | 02-CV-4936 |
| Bergman, Margot | : | 02-CV-4789 |
| Benner, Jane and James Benner | : | 02-CV-4924 |
| Beauchamp, Julian and Carol J. Beauchamp | : | 02-CV-4935 |
| Custodio, Zenaida and Roland Custodio | : | 02-CV-6476 |
| Baird, Tony and Sonya G. Baird | : | 02-CV-4768 |
| Anderson, Virlee and Jesse Hymes | : | 02-CV-4891 |
| Abiva, Justiniano | : | 02-CV-4833 |
| Acosta, Juan | : | 02-CV-4828 |
| Appling, Louis Sr. and Eleanor Appling | : | 02-CV-4905 |
| Ashworth, Geri and Jay Ashworth | : | 02-CV-4783 |
| Carlton, Judy | : | 02-CV-5593 |
| Carr, Shirley | : | 02-CV-5602 |
| Carter, Wanda | : | 02-CV-5612 |
| Cipponeri, Joseph and Joan Cipponeri | : | 02-CV-6160 |
| Cerato, Amedeo and Becky Cerato | : | 02-CV-5596 |
| Doyle, Linda and Bradley Doyle | : | 02-CV-6434 |
| Duckworth, Arlene and Leonard Duckworth | : | 02-CV-6417 |

15

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Aspe, Raul and Lolita Aspe | : | 02-CV-4785 |
| Carpenter, Leoner | : | 02-CV-5609 |
| Carter, Elizabeth | : | 02-CV-5591 |
| Cihouski, Joseph and Nora B. Cihouski | : | 02-CV-6136 |
| Cirlin, Byron and Shirley Cirlin | : | 02-CV-6516 |
| Brown, Cassie | : | 02-CV-6089 |
| Dubravetz, John and Carol A. Dubravetz | : | 02-CV-6430 |
| Alexander, Marian and Patrick Alexander | : | 02-CV-4870 |
| Baig, Mirza | : | 02-CV-4797 |
| Baines, James | : | 02-CV-4795 |
| Battisti, Irene and Patrick Battisti | : | 02-CV-4838 |
| Bates, Nezzie | : | 02-CV-4784 |
| Bates, John | : | 02-CV-4796 |
| Peloquin, Conrad | : | 02-CV-5739 |
| Carlson, Harry | : | 02-CV-6307 |
| Cartier, Ricky and Brenda Cartier | : | 02-CV-5340 |
| Arredondo, Ernest | : | 02-CV-4809 |
| Dineen, Catherine | : | 02-CV-6216 |
| Asher, Doris and Arthur Asher | : | 02-CV-4769 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Ashbaugh, Katherine and Thomas Ashbaugh | : | 02-CV-4767 |
| Asgill, Walter | : | 02-CV-4803 |
| Armstrong, Carmelina and Edward Armstrong | : | 02-CV-4943 |
| Capra, Rose and Sam Capra | : | 02-CV-6092 |
| Carrillo, Victor | : | 02-CV-5613 |
| Cefaratt, Maria | : | 02-CV-5329 |
| Centeno, Jorge and Ana A. Centano | : | 02-CV-5595 |
| Castaneda, Francisco | : | 02-CV-5306 |
| Castro, Willie | : | 02-CV-5328 |
| Cates, Aaron and Doris Cates | : | 02-CV-5353 |
| Cayas, Valentino | : | 02-CV-5305 |
| Cardona, Albert | : | 02-CV-6468 |
| Ceccarelli, Lorraine | : | 02-CV-5338 |
| Ceniza, Armando | : | 02-CV-5363 |
| Campanile, Mario | : | 02-CV-6153 |
| Castillo, Margarita and Flor Vargas | : | 02-CV-6091 |
| Cate, Abundio Jr. and Zorahayda E. Cate | : | 02-CV-6141 |
| Cayas, Bernardo and Evelyn Cayas | : | 02-CV-5299 |
| Dela Rosa, Noel and Nimfa Del Rosa | : | 02-CV-6401 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Delfino, Robert | : | 02-CV-6439 |
| Delgado, Richard and Jacquelyn Delgado | : | 02-CV-6414 |
| Dice, Robert and Patricia Dice | : | 02-CV-6431 |
| Dickens, Glennia | : | 02-CV-6049 |
| Diez, Gerald and Jean Carol Miller | : | 02-CV-6429 |
| Barr, Adam and Metchel Barr | : | 02-CV-4941 |
| Barnes, Albert Sr. and Jeannette Barnes | : | 02-CV-4922 |
| Barajas, Miriam and Joseph Barajas | : | 02-CV-6321 |
| Reffett, Ruth and Howard Reffett | : | 02-CV-5732 |
| Reeder, Robert and Marjorie Reeder | : | 02-CV-5762 |
| Bates, Emma and Francis Bates | : | 02-CV-4836 |
| Bartholomew, Carolynn and Donald Raymond | : | 02-CV-4942 |
| Bartusick, John and Virginia Fay Bartusick | : | 02-CV-4835 |
| Bartels, Richard | : | 02-CV-6526 |
| Cook, Gary and Margerate Cook | : | 02-CV-5615 |
| Clarkson, Robert | : | 02-CV-5599 |
| Claus, Charles and Grace Claus | : | 02-CV-6087 |
| Clifford, Georgia | : | 02-CV-5610 |
| Cruz, Vedasto and Fe Cruz | : | 02-CV-6161 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Cuellar, Maria and Frank Cuellar | : | 02-CV-6129 |
| Cummings, Bessie and Thomas Kate | : | 02-CV-6171 |
| Cummings, Hilda | : | 02-CV-5572 |
| Wilkins, Andrew and Vera L. Wilkins | : | 02-CV-5136 |
| Bierman, Richard and Mindy Bierman | : | 02-CV-4923 |
| Bhatti, Muhammad and Nuzhad Bhatti | : | 02-CV-4927 |
| Coleman, Robert and Maelene Coleman | : | 02-CV-6096 |
| Perry, Nellie and Elbert Perry | : | 02-CV-5522 |
| Coots, Jerra and Boyd Coots, Jr. | : | 02-CV-4522 |

## STIPULATION TO EXTEND TIME

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 18, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| WEITZ & LUXENBERG, P.C. | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| By:_____ | By:_____ |
| Jerry Kristal, Esquire | Albert G. Bixler, Esquire |
| PA Bar I.D. No. 38332 | PA Bar I.D. No. 45639 |
| Franklin P. Solomon, Esquire | 1515 Market Street, Ninth Floor |
| PA Bar I.D. No. 74231 | Philadelphia, PA 19102 |

19

    51 Haddonfield Road, Suite 160      **(Attorney for Defendant**
    Cherry Hill, NJ  08002      **Bayer Corporation)**
    **(Attorneys for Plaintiff**)

Dated:_____      Dated:_____

**APPROVED:**

_____
                              **J.**
M0381227.DOC